## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                              *
                                                    *
JOSE D. RIVERA RODRIGUEZ                            *          CASE NO. 09-06683 BKT
d/b/a CENTRO CARDIOLOGICO DEL NORTE                 *
                                                    *          CHAPTER 11
DEBTOR                                              *
************************************************

## DEBTOR'S MOTION TO ADMINISTRATIVELY CLOSE
## INDIVIDUAL CHAPTER 11 CASE AND NOTICE OF OPPORTUNITY TO
## OBJECT AND FOR HEARING

**TO THE HONORABLE COURT:**

**COMES NOW**, Debtor, through the undersigned attorney, who respectfully states and prays as follows:

**Pursuant to Local Rule 9013-3 the Court will consider this motion without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of services of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at U.S. Post Office and Courthouse Building, 300 Recinto Sur Street, Room 109, San Juan, Puerto Rico 00901, and serve a copy on the movant's attorney, Wigberto Lugo Mender, Esq., Centro Internacional de Mercadeo, Carr. 165 Torre I Suite 501, Guaynabo, Puerto Rico 00968.**

**If you file and serve an objection within the time permitted, the court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

Jose D. Rivera Rodriguez
Case No. 09-06683 BKT
Debtor Motion to Administratively Close Individual Chapter 11
Case and Notice of Opportunity to Object and for Hearing

-2-

## PROCEDURAL BACKGROUND

Debtor, Jose D. Rivera Rodriguez, d/b/a Centro Cardiologico del Norte, files this Motion to Administratively Close Individual Chapter 11 Case.  In support thereof Debtor states as follows:

1.      Debtor filed this petition for relief under Chapter 11 of the Bankruptcy Code on August 14, 2009.

2.      On March 30, 2010, this Honorable Court entered an Order Confirming Chapter 11 Plan, which confirmed the Debtor's Plan of Reorganization.  See ECF Docket entries 101 & 43.

3.      The Confirmed Plan has been substantially consummated in accordance with 11 U.S.C. § 1101(2) and the estate has been fully administered, except for the completion of all plan payments as detailed in the plan.

4.      All monthly reports and payments due to the U.S. Trustee are current.

5.      All litigation has concluded and the undersigned counsel states that to the best of counsel's knowledge, there are no outstanding issues that would preclude the administrative closure of this case.

6.      By this Motion, the Debtor seeks and order administratively closing this case, provided that such order shall not operate to close the case for purpose of 28 U.S.C. § 1930(3) and Item (11) or for purpose of 11 U.S.C. § 362 (c)(2)(A).  On the other hand, this Order shall operate to close the case for purpose of 28 U.S.C. § 1930(6).

7.      The Debtor hereby serves notice that when all plan payments have been completed, the Debtor may move to reopen this case for the purpose of obtaining discharge and entry of a final decree.

**WHEREFORE**, debtor respectfully request that this Honorable Court enter an order administrative closing this individual chapter 11 case without entry of discharge and for such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That on same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the

participants appearing in said record.

**I FURTHER CERTIFY:** That on this same date I mailed by United States Postal Service First Class Mail copy of this Notice to the non CM/ECF participants appearing in the enclosed master address list.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico this 11th day of May 2011.

*/S/Wigberto Lugo Mender*

**WIGBERTO LUGO MENDER**
**USDC-PR 212304**
Attorney for Debtor
Centro Internacional de Mercadeo
Carr. 165, Torre I Suite 501
Guaynabo, PR 00968
Tel. 787.707.0404
Fax 787.707.0412
e-mail: wlugo@lugomender.com

Label Matrix for local noticing
0104-3
Case 09-06683-BKT11
District of Puerto Rico
Old San Juan
Wed May 11 14:11:56 AST 2011

Bayview Loan Servicing, LLC as Servicer for
Delgado & Fernandez, LLP
PO BOX 11750
San Juan, PR 00910-2850


GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVE SUITE 1120
MIAMI, FL 33131-1605


TREASURY DEPT/DEPT JUSTICE PR
YANINA RUFAT GARCIA ESQ
 PO BOX 9020192
SAN JUAN, PR 00902-0192


ASOCIACION MEDICA DE PR
PO BOX 15019
WILMINGTON DE 19886-5019


BANCO POPULAR
BANKRUPCTY DEPARTMENT
PO BOX 362708
SAN JUAN PR 00936-2708


BANCO SANTANDER
PO BOX 362589
SAN JUAN PR 00936-2589


CENTRO CARDIOLOGICO DEL NORTE
POPULAR AUTO
1901 AVE JESUS T PINEIRO
SUITE 210
SAN JUAN PR 00920-5617


CORPORACION FONDO SEGURO ESTADO
PO BOX 365028
SAN JUAN PR 00936-5028


Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145


BANCO BILBAO VIZCAYA ARGENTARIA
MONTANEZ ALICEA LAW OFFICES
500 MUNOZ RIVERA AVE
EL CENTRO I 211-214
HATO REY, PR 00918


CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387


POPULAR AUTO
EDGAR A VEGA RIVERA ESQ
PO BOX 366818
SAN JUAN, PR 00936-6818


US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938


BANCO BILBAO VIZCAYA
PO BOX 71397
SAN JUAN PR 00936-8497


BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818


BANK OF AMERICA
PO BOX 15019
WILMINGTON DE 19886-5019


CHASE MANHATTAN BANK
PO BOX 94014
PALATINE IL 60094-4014


CPA JUAN R NATAL HENRIQUEZ
PO BOX 363035
SAN JUAN PR 00936-3035


DEPARTMENT OF LABOR
EDIFICIO PRUDENCIO RIVERA MARTINEZ
505 MUNOZ RIVERA AVENUE
SAN JUAN PR 00918-3352


BANCO POPULAR PR
MIGDALIA EFFIE GUASP ESQ
PO BOX 362708
SAN JUAN, PR 00936-2708


DORAL BANK INC
C/O LIGIA RIVERA BUJOSA
PO BOX 7821
PONCE, PR 00732-7821


SCOTIABANK DE PUERTO RICO
FERNANDEZ COLLINS & RIVERO-VERGNE
PO BOX 9023905
SAN JUAN, PR 00902-3905


US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964


BANCO BILBAO VIZCAYA ARGENTARIA
POBOX 364745
SAN JUAN,PR 00936-4745


BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS
PO BOX 362708
SAN JUAN PR 00936-2708


BAYVIEW LOAN SERVICING LLC, AS SERVICER FOR
ORIENTAL BANK & TRUST
DELGADO & FERNANDEZ LLP
PO BOX11750
SAN JUAN,PUERTO RICO 00910-2850


CITI AADVANTAGE
PO BOX 183051
COLUMBUS OH 43218-3051


CRIM
PO BOX 195387
SAN JUAN PR 00919-5387
DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424-B


DINNERS CLUB
PO BOX 6003
THE LAKERS NV 88901-6003

DORAL BANK
1451 FD ROOSEVELT AVE
SAN JUAN PR 00920-2717

Department of Treasury
Bankruptcy Section (424-B)
PO Box 9024140
San Juan, PR 00902-4140

EUROBANK
PO BOX 191009
SAN JUAN PR 00919-1009

FIRST BANK
PO BOX 15019
WILMINGTON DE 19886-5019

HAMARA ENID JIMENEZ TUQUEZ
COND PASEO DEL ROCIO 400
CARR ESTATAL 176 APT 506
SAN JUAN PR 00926

INTERNAL REVENUE SERVICES
CITY VIEW PLAZA 2
48 CARRETERA 165
SUITE 2000
GUAYNABO PR 00968-8000

JOSE RIVERA RODRIGUEZ &
ERILEX COLON TOLEDO
PO BOX 144063
ARECIBO PR 00614-4063

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MUNICIPALITY OF ARECIBO
PO BOX 1086
ARECIBO PR 00613-1086

POPULAR AUTO
1901 AVE JESUS T PINEIRO
SUITE 210
SAN JUAN PR 00920-5617

POPULAR AUTO (POPULAR LEASING)
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

PUERTO RICO ELECTRIC POWER
BANKRUPTCY CLAIMS OFFICE
PO BOX 364267
SAN JUAN PR 00936-4267

Puerto Rico Department of Labor
Collection Unit - 12th Floor
505 Muoz Rivera Ave
San Juan, PR 00918-3352

SCOTIABANK DE PUERTO RICO
G.P.O. BOX 362649
SAN JUAN, PUERTO RICO 00936-2649

SCOTIBANK
273 AVE PONCE DE LEON
HATO REY PR 00917-1932

SCOTIBANK OF PR
C/O MANUEL A FRAU CATASUS
606 AVE TITO CASTRO SUITE 125
LA RAMBLA PONCE PR 00716-0203

SEARS
PO BOX 129
LINDEN MI 48451-0129

HAMARA JIMENEZ TUGUES
PO BOX 366572
SAN JUAN, PR 00936-6572

JOSE DAVID RIVERA RODRIGUEZ
PO BOX 141929
ARECIBO, PR 00614-1929

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938

WIGBERTO LUGO MENDER
LUGO MENDER & CO
CENTRO INTERNACIONAL DE MERCADEO
CARR 165 TORRE 1 SUITE 501
GUAYNABO, PR 00968

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)DORAL BANK, INC.
C/O LIGIA RIVERA BUJOSA
PO BOX 7821
PONCE PR 00732-7821

End of Label Matrix
Mailable recipients    50
Bypassed recipients     1
Total                  51